No. D–1540. In re Disbarment of Whitehair. It is ordered that George Joseph Whitehair, of Marlton, N. J., be suspended from the practice of law in this Court and that a rule

issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.